**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

CITY OF PHILADELPHIA,                          : No. 7 EAL 2024
                                               :
                              Respondent       :
                                               :
                                               : Petition for Allowance of Appeal
                                               : from the Order of the
              v.                               : Commonwealth Court
                                               :
                                               :
J.S., SR. AND C.S., ADMINISTRATORS             :
OF THE ESTATE OF J.S.,                         :
                                               :
                              Petitioners      :


## <u>ORDER</u>


**PER CURIAM**

     **AND NOW**, this 8th day of April, 2024, the Petition for Allowance of Appeal is

**GRANTED.** The issue, as stated by Petitioner, is:


(1)    Whether the Commonwealth Court incorrectly concluded that the Sexual
Abuse Exception to the Local Political Subdivision Tort Claims Act (42
Pa.C.S. § 8542(b)(9)) is only applicable to plaintiffs who were minors at the
time they were victimized?